United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONNIE AND SUSAN EVANICKY, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3934 |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | § | |
| | § | |
| Defendant(s). | § | |

**DOCKET CONTROL ORDER**

This case will be controlled by the following schedule.

**DEADLINES**

1. _None allowed_  MOTIONS TO AMEND THE PLEADINGS

2. _None allowed_  MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _N/A_  MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. _Sept. 6, 2019_  Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. _Nov. 22, 2019_  Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. Jan. 31, 2020      COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____      LIMITS ON DISCOVERY

_____
_____
_____
_____.

8. Required      ~~MEDIATION or~~ SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE  Dispositive motions will be due thirty (30) days after the ~~mediator or~~ magistrate judge declares an impasse.

9. See ¶8, above      DISPOSITIVE MOTIONS

10. Feb. 7, 2020      ALL OTHER PRETRIAL MOTIONS

11. April 3, 2020      JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE  Plaintiff is responsible for timely filing the complete joint pretrial order.  The court will not accept separate versions of the pretrial order.

12. April 10, 2020
    3:00 P.M.      DOCKET CALL  No instrument filed within 7 days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

March 15, 2019
DATE

SIM LAKE
UNITED STATES DISTRICT JUDGE

-2-